UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION,<br><br>Individually and on Behalf of All Those Similarly Situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>JP MORGAN CHASE & CO., CITIGROUP, INC., GOLDMAN SACHS GROUP, INC., HSBC HOLDINGS PLC, HSBC BANK USA, N.A., BANK OF AMERICA CORPORATION, BARCLAYS BANK PLC, CREDIT SUISSE GROUP AG, MORGAN STANLEY & CO. LLC, DEUTSCHE BANK AG, BNP PARIBAS, SOCIETE GENERALE S.A., THE ROYAL BANK OF SCOTLAND GROUP PLC, UBS AG and MARKIT GROUP, LTD.,<br><br>                Defendants. | Civil Action No. 13-cv-7634-KBF<br>_____<br><br>**NOTICE OF RELATED CASES** |

       Plaintiff, by this notice, brings to the Court's attention related cases currently pending in the Southern District of New York before Judge Denise Cote. Plaintiff's complaint is based on facts and allegations similar to those being litigated, including the MDL[1], before Judge Cote. Plaintiff's claims arise from the same conduct under the federal antitrust laws involving the purchase and sale of Credit Default Swaps and names substantially the same defendants. Below is a list of all cases currently, or with transfer pending, before Judge Cote:

- *In Re: Credit Default Swaps Antitrust Litigation* – 1:13-md-02476-DLC

---

[1] In transferring the MDL cases to Judge Cote, the MDL Panel held that "[a]ll actions share factual questions arising from allegations of anticompetitive conduct in the market for credit default swaps. Centralization will eliminate duplicative discovery; prevent inconsistent pretrial rulings (especially with respect to class certification); and conserve the resources of the parties, their counsel and the judiciary." *In re: Credit Default Swaps Antitrust Litigation*, 1:13-md-02476-DLC (ECF No. 1, pp. 1-2).

- *Sheet Metal Workers Local No. 33 Cleveland District Pension Plan v. Bank of America Corporation, et. al.* – United States District Court for the Southern District of New York – 1:13- cv-04450-DLC

- *Essex Regional Retirement System v. Bank of America Corporation, et. al.* – United States District Court for the Northern District of Illinois – 1:13-cv-05725 (Transfer pending to SDNY)

- *MF Global Capital LLC v. Bank of America Corporation, et. al.* – United States District Court for the Northern District of Illinois – 1:13-cv-05417 (Transfer pending to SDNY)

- *Unipension Fondsmaeglerselskab A/S, et. al. v. Bank of America Corporation, et. al.* – United States District Court for the Southern District of New York – 1:13-cv-7465-DLC

- *LBBW Asset Management Investmentgesellschaft mbH v. Citibank, N.A., et al.* – United States District Court for the Northern District of Illinois – 1:13-cv-05413 (Transfer pending to SDNY)

- *Salix Capital US Inc. v. Bank of America Corporation, et. al.* – United States District Court for the Southern District of New York –13-cv-06116-DLC

- *Value Recovery Fund LLC v. JPMorgan Chase & Co., et. al.* – United States District Court for the Southern District of New York –1:13-cv-04928-DLC

Should this Court require any further information, Plaintiff will promptly provide whatever is necessary.

Respectfully submitted,

DATED: October 31, 2013

BRUCE L. SIMON
GEORGE S. TREVOR
AARON M SHEANIN
THOMAS K. BOARDMAN


                    */s/ Thomas K. Boardman*
THOMAS K BOARDMAN

PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008


Jeffrey Lawrence
**The Lawrence Law Firm**
101 California Street, Suite 2710
San Francisco, CA 94104
Telephone: (415) 504-1601
Facsimile: (415) 504-1605

Wayne T. Lamprey
**Goodin, McBride, Squeri, Day & Lamprey**
505 Sansome Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

*Attorneys for Los Angeles County Employees Retirement System Individually and on Behalf of All Those Similarly Situated*