```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
IN RE CREDIT DEFAULT SWAPS ANTITRUST      :    13 MD 2476 (DLC)
LITIGATION                                :
                                          :
                                          :
----------------------------------------- X
                                          :
VALUE RECOVERY FUND LLC, et al.,          :
Individually and on Behalf of all those   :
Similarly Situated,                       :
                                          :
              Plaintiffs,                 :
                                          :    13 Civ. 4928
         -v-                              :
                                          :
JPMORGAN CHASE & CO., et al.,             :
                                          :
              Defendants.                 :
                                          :
----------------------------------------- X
                                          :
SALIX CAPITAL US INC., Individually and   :
on Behalf of all those Similarly          :
Situated,                                 :
                                          :
              Plaintiff,                  :
                                          :    13 Civ. 6116
         -v-                              :
                                          :
BANK OF AMERICA CO., et al.,              :
                                          :
              Defendants.                 :
                                          :
----------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 11/15/2013

```
------------------------------------------ X
                                           :
SHEET METAL WORKERS LOCAL NO. 33           :
CLEVELAND DISTRICT PENSION PLAN,           :
Individually and on Behalf of all those    :
Similarly Situated,                        :
                                           :
                         Plaintiff,        :     13 Civ. 7450
                                           :
        -v-                                :
                                           :
BANK OF AMERICA CO., et al.,               :
                                           :
                         Defendants.       :
                                           :
------------------------------------------ X
                                           :
UNIPENSION FONDSMAEGLERSELSKAB, et al.,    :
Individually and on Behalf of all those    :
Similarly Situated,                        :
                                           :
                         Plaintiffs,       :     13 Civ. 7465
                                           :
        -v-                                :
                                           :
BANK OF AMERICA CO., et al.,               :
                                           :
                         Defendants.       :
                                           :
------------------------------------------ X
                                           :
ESSEX REGIONAL RETIREMENT SYSTEM,          :
Individually and on Behalf of all those    :
Similarly Situated,                        :
                                           :
                         Plaintiff,        :     13 Civ. 7640
                                           :
        -v-                                :
                                           :
BANK OF AMERICA CO., et al.,               :
                                           :
                         Defendants.       :
                                           :
------------------------------------------ X
```

```
------------------------------------------ X
                                           :
MF GLOBAL CAPITAL LLC, Individually and    :
on Behalf of all those Similarly           :
Situated,                                  :
                                           :   13 Civ. 7647
                    Plaintiff,             :
                                           :
        -v-                                :
                                           :
BANK OF AMERICA CO., et al.,               :
                                           :
                    Defendants.            :
                                           :
------------------------------------------ X
                                           :
LBBW ASSET MANAGEMENT                      :
INVESTMENTGESELLSCHAFT MBH,                :
Individually and on Behalf of all those    :
Similarly Situated,                        :   13 Civ. 7752
                                           :
                    Plaintiff,             :
                                           :
        -v-                                :
                                           :
CITIBANK, N.A., et al.,                    :
                                           :
                    Defendants.            :
                                           :
------------------------------------------ X
                                           :
LOS ANGELES COUNTY EMPLOYEES RETIREMENT    :
ASSOCIATION, Individually and on Behalf    :
of all those Similarly Situated,           :
                                           :   13 Civ. 7634
                    Plaintiff,             :
                                           :
        -v-                                :
                                           :
JP MORGAN CHASE & CO., et al.,             :
                                           :
                    Defendants.            :
                                           :
------------------------------------------ X
```

```
------------------------------------------ X
                                           :
STATE UNIVERSITIES RETIREMENT SYSTEM OF    :
ILLINOIS, Individually and on Behalf of    :
all those Similarly Situated,              :
                                           :     13 Civ. 7964
                    Plaintiff,             :
                                           :
                                           :
          -v-                              :
                                           :
BANK OF AMERICA CO., et al.,               :
                                           :
                    Defendants.            :
                                           :
------------------------------------------ X
                                           :
FUND LIQUIDATION HOLDINGS LLC, et al.,     :
Individually and on Behalf of all those    :
Similarly Situated,                        :     13 Civ. 7976
                                           :
                    Plaintiffs,            :
                                           :
                                           :
          -v-                              :
                                           :
JP MORGAN CHASE & CO., et al.,             :
                                           :
                    Defendants.            :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

On November 13 and 14, 2013, the Court accepted as related to the above captioned Multidistrict Litigation Action ("MDL") the class actions FUND LIQUIDATION HOLDINGS LLC., et al. v. JP MORGAN CHASE & CO., et al., 13 Civ. 7976, and STATE UNIVERSITIES RETIREMENT SYSTEM OF ILLINOIS v. BANK OF AMERICA CO., et al., 13 Civ. 7964, respectively.  It is hereby

ORDERED that counsel for all parties for cases in this MDL action pending in this Court as of December 5, 2013, shall attend the Initial Pretrial Conference currently scheduled for **December 5, 2013** at **2 P.M.** in Courtroom 15B at the United States Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED:

Dated:   New York, New York
         November 15, 2013

                                    _____
                                           DENISE COTE
                                    United States District Judge