## Other Documents

1:13-md-02476-DLC In re: Credit Default Swaps Antitrust Litigation

COMPLEX-CSMGMT, ECF

## U.S. District Court

## Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Kusinitz, Alan on 11/22/2013 at 5:51 PM EST and filed on 11/22/2013

**Case Name:**        In re: Credit Default Swaps Antitrust Litigation

**Case Number:**      1:13-md-02476-DLC

**Filer:**            Markit Group Ltd.

**Document Number:** 165

**Docket Text:**

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Markit Group Ltd..Filed In Associated Cases: 1:13-md-02476-DLC et al.(Kusinitz, Alan)**

**Case Name:**        Value Recovery Fund LLC v. JPMorgan Chase & Co. et al

**Case Number:**      1:13-cv-04928-DLC

**Filer:**

**Document Number:** 85

**Docket Text:**

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Markit Group Ltd..Filed In Associated Cases: 1:13-md-02476-DLC et al.(Kusinitz, Alan)**

**Case Name:**        Sheet Metal Workers Local No. 33 Cleveland District Pension Plan v. Bank of America Corporation et al

**Case Number:**      1:13-cv-07450-DLC

**Filer:**

**Document Number:**  207

**Docket Text:**

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Markit Group Ltd..Filed In Associated Cases: 1:13-md-02476-DLC et al.(Kusinitz, Alan)**

**Case Name:**        Unipension Fondsmaeglerselskab A/S et al v. Bank of America Corporation et al

**Case Number:**      1:13-cv-07465-DLC

**Filer:**
**Document Number:** 114

**Docket Text:**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Markit Group Ltd..Filed In Associated Cases: 1:13-md-02476-DLC et al.(Kusinitz, Alan)**

| | |
|---|---|
| **Case Name:** | Salix Capital US Inc. v. Bank Of America Corporation et al |
| **Case Number:** | 1:13-cv-06116-DLC |
| **Filer:** | Markit Group Ltd. |
| **Document Number:** | 86 |

**Docket Text:**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Markit Group Ltd..Filed In Associated Cases: 1:13-md-02476-DLC et al.(Kusinitz, Alan)**

| | |
|---|---|
| **Case Name:** | Essex Regional Retirement System v. Bank of America Corporation et al |
| **Case Number:** | 1:13-cv-07640-DLC |
| **Filer:** | |
| **Document Number:** | 86 |

**Docket Text:**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Markit Group Ltd..Filed In Associated Cases: 1:13-md-02476-DLC et al.(Kusinitz, Alan)**

| | |
|---|---|
| **Case Name:** | MF Global Capital LLC v. Bank of America Corporation et al |
| **Case Number:** | 1:13-cv-07647-DLC |
| **Filer:** | |
| **Document Number:** | 70 |

**Docket Text:**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Markit Group Ltd..Filed In Associated Cases: 1:13-md-02476-DLC et al.(Kusinitz, Alan)**

| | |
|---|---|
| **Case Name:** | LBBW Asset Management Investmentgesellschaft mbH v. Citibank, N.A. et al |
| **Case Number:** | 1:13-cv-07752-DLC |
| **Filer:** | |
| **Document Number:** | 93 |

**Docket Text:**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Markit Group Ltd..Filed In Associated Cases: 1:13-md-02476-DLC et al.(Kusinitz, Alan)**

| | |
|---|---|
| **Case Name:** | State Universities Retirement System of Illinois v. Bank of America Corporation et al |
| **Case Number:** | 1:13-cv-07964-DLC |
| **Filer:** | Markit Group Ltd. |
| **Document Number:** | 11 |

**Docket Text:**

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Markit Group Ltd..Filed In Associated Cases: 1:13-md-02476-DLC et al.(Kusinitz, Alan)**

| | |
|---|---|
| **Case Name:** | Fund Liquidation Holdings LLC v. JP Morgan Chase & Co. et al |
| **Case Number:** | 1:13-cv-07976-DLC |
| **Filer:** | |
| **Document Number:** | 13 |

**Docket Text:**

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Markit Group Ltd..Filed In Associated Cases: 1:13-md-02476-DLC et al.(Kusinitz, Alan)**

**1:13-md-02476-DLC Notice has been electronically mailed to:**

Aaron Michael Sheanin     asheanin@pswlaw.com, egrant@pswlaw.com, yberry@pswlaw.com

Abram J. Ellis     aellis@stblaw.com

Abram Jeremy Ellis     aellis@stblaw.com, john.goheen@stblaw.com

Alan R. Kusinitz     akusinitz@proskauer.com, LSOSDNY@proskauer.com

Alex Peter Middleton     apmiddleton@jonesday.com

Alexis Garmey Chardon     achardon@eimerstahl.com

Andrew J Entwistle     aentwistle@entwistle-law.com, abroche@entwistle-law.com, mgayle@entwistle-law.com, rdixon@entwistle-law.com

Andrew S. Marovitz     amarovitz@mayerbrown.com

Andrew Stanley Marovitz     courtnotification@mayerbrown.com

Anne L. Box     abox@scott-scott.com

Ariana J. Tadler     atadler@milberg.com

Arthur J. Burke     arthur.burke@dpw.com, ecf.ct.papers@davispolk.com

Azra Z Mehdi    azram@themehdifirm.com

Azra Zahoor Mehdi    azram@themehdifirm.com, ghamilton@themehdifirm.com

Benjamin Frederick Holt    benjamin.holt@hoganlovells.com, DCLITDocketing@hoganlovells.com, lesley.oneill@hoganlovells.com

Benjamin Robert Nagin    bnagin@sidley.com, nyefiling@sidley.com

Bethany E. Kriss    bethany.kriss@allenovery.com

Bradley Paul Smith    smithbr@sullcrom.com, s&cmanagingclerk@sullcrom.com

Brian A. De haan    brian.dehaan@allenovery.com

Brian Alexander de Haan    brian.dehaan@allenovery.com

Brian D. Roche    broche@reedsmith.com

Brian O. O'Mara    bomara@rgrdlaw.com, e_file_sd@rgrdlaw.com

Britt Marie Miller    courtnotification@mayerbrown.com, bmiller@mayerbrown.com

Bruce Lee Simon    bsimon@pswlaw.com, gtrevor@pswlaw.com, mpearson@pswlaw.com, mwilliams@pswlaw.com, yberry@pswlaw.com

Christopher Lovell    clovell@lshllp.com, lshscanner@lshllp.com

Christopher B. Wilson    cwilson@perkinscoie.com

Christopher M. Burke    cburke@scott-scott.com, edewan@scott-scott.com, efile@scott-scott.com, kanderson@scott-scott.com, tturner@scott-scott.com, wnoss@scott-scott.com

Colin R. Kass    ckass@proskauer.com

Colin Ryle Kass    ckass@proskauer.com, LSOSDNY@proskauer.com

Daniel Slifkin    dslifkin@cravath.com

Daniel A. Small    dsmall@cmht.com, dsmall@cohenmilstein.com

Daniel Jay Mogin    dmogin@moginlaw.com

Daniel Lawrence Brockett    danbrockett@quinnemanuel.com

David A Young    dyoung@cohenmilstein.com, atwigg@cohenmilstein.com, efilings@cohenmilstein.com

David A. Langer    dlanger@bm.net

David C. Bohan    david.bohan@kattenlaw.com

David C. Esseks     david.esseks@allenovery.com, kurt.vellek@allenovery.com

David C. Giardina     dgiardina@sidley.com, efilingnotice@sidley.com

David Charles Bohan     david.bohan@kattenlaw.com, bridget.diedrich@kattenlaw.com, ecfdocket@kattenlaw.com

David F. Graham     dgraham@sidley.com, efilingnotice@sidley.com

David R. Scott     drscott@scott-scott.com, efile@scott-scott.com

David W. Mitchell     davidm@csgrr.com, ckopko@rgrdlaw.com, slandry@rgrdlaw.com

Donald A Broggi     dbroggi@scott-scott.com

Donald Lewis Sawyer     dsawyer@fklmlaw.com

Elizabeth P Papez     epapez@winston.com

Elizabeth P. Papez     epapez@winston.com, docketny@winston.com

Eric Lindh Foster     efoster@lindhfoster.com

Eric Peter Stephens     epstephens@jonesday.com

Eric Peter Stephens     epstephens@jonesday.com, dpjacobson@jonesday.com

Evan R Chesler     echesler@cravath.com

George A. Zelcs     gzelcs@koreintillery.com, cbeck@koreintillery.com, dhutton@koreintillery.com, ldunn@koreintillery.com, leckhardt@koreintillery.com, rflynn@koreintillery.com

George Schieffelin Trevor     gtrevor@pswplaw.com, egrant@pswlaw.com, tboardman@pswlaw.com, yberry@pswlaw.com

Giuseppe S Giardina     ggiardina@koreintillery.com, rflynn@koreintillery.com

Gregory Asciolla     gasciolla@labaton.com

Gregory Keith Arenson     garenson@kaplanfox.com

Gregory Scott Asciolla     gasciolla@labaton.com, dleifer@labaton.com

H. Laddie Montague , Jr     hlmontague@bm.net, chiho@bm.net, tstires@bm.net

James Joseph Calder     james.calder@kattenlaw.com

Jay L. Himes     jhimes@labaton.com, electroniccasefiling@labaton.com, jay.himes@gmail.com

Jeffrey William Lawrence     jeffreyl@jlawrencelaw.com

Jennifer E. Novoselsky     jnovosel@sidley.com

Jeremy Daniel Anderson     jeremyandersen@quinnemanuel.com

Jeremy Todd Adler     jeremy.adler@davispolk.com

John Ingrassia     jingrassia@proskauer.com

John Terzaken     john.terzaken@allenovery.com, toby.mann@allenovery.com

John Anton Libra     jlibra@koreintillery.com

John Frank Anzelc     john.anzelc@kattenlaw.com

John Robert Robertson     robby.robertson@hoganlovells.com

Jonathan Peter Shaub     jshaub@proskauer.com

Joseph Peter Guglielmo     jguglielmo@scott-scott.com, aslaughter@scott-scott.com, efile@scott-scott.com, sfein@scott-scott.com, tcrockett@scott-scott.com

K. Craig Wildfang     kcwildfang@rkmc.com, afmiller@rkmc.com, rjries@rkmc.com

Kari M. Rollins     karollins@winston.com

Kevin James Arquit     karquit@stblaw.com, managingclerk@stblaw.com

Lawrence A Sucharow     lsucharow@labaton.com

Linda P. Nussbaum     lnussbaum@gelaw.com, rfinnimore@gelaw.com, sschwaiger@gelaw.com, vbeal@gelaw.com

M Elaine Johnston     elaine.johnston@allenovery.com, kurt.vellek@allenovery.com, timothy.reibold@allenovery.com

Marvin Alan Miller     mmiller@millerlawllc.com, ajewell@millerlawllc.com, JRamirez@millerlawllc.com, lfanning@millerlawllc.com

Mary Elaine Johnston     elaine.johnston@allenovery.com

Matthew J Perez     mperez@labaton.com

Matthew J. Reilly     matt.reilly@stblaw.com

Merrill G Davidoff     mdavidoff@bm.net, sleo@bm.net

Michael A Paskin     mpaskin@cravath.com

Michael A. Paskin     mpaskin@cravath.com

Michael C Dell'Angelo     mdellangelo@bm.net

Michael D. Hausfeld     mhausfeld@hausfeldllp.com

Michael Frederik Derksen     mderksen@proskauer.com

Michael Jerry Freed     mfreed@fklmlaw.com

Michael M Buchman     mbuchman@motleyrice.com

Michael Orth Ware     mware@mayerbrown.com, jmarsala@mayerbrown.com

Michael Robert G. Posada     michael.posada@davispolk.com

Michael S Feldberg     michael.feldberg@allenovery.com

Michael Svetkey Feldberg     michael.feldberg@newyork.allenovery.com,
kurt.vellek@newyork.allenovery.com, laena.keyashian@allenovery.com, laesha.smith@allenovery.com

Molly Anne Kelley     molly.kelley@allenovery.com, toby.mann@allenovery.com

Nathan P. Eimer     neimer@eimerstahl.com

Patrick Joseph Coughlin     patc@rgrdlaw.com

Patrick Joseph Fitzgerald     patrick.fitzgerald@skadden.com

Patrick Joseph Fitzgerald     patrick.fitzgerald@skadden.com, chdocket@skadden.com

Paula W. Render     prender@jonesday.com

Peggy J. Wedgworth     pwedgworth@milberg.com

Peter Anthony Barile , III     pbarile@gelaw.com

Peter Edward Greene     peter.greene@skadden.com

Peter S. Julian     peter.julian@skadden.com

Peter Scott Julian     peter.julian@skadden.com

Rachel Jean Freyman     rachel.freyman@kattenlaw.com

Reena Gambhir     rgambhir@hausfeldllp.com

Richard A. Koffman     rkoffman@cohenmilstein.com, rkoffman@cmht.com

Richard A. Spehr     rspehr@mayerbrown.com, jmarsala@mayerbrown.com

Richard C. Pepperman , II     peppermanr@sullcrom.com, s&cmanagingclerk@sullcrom.com

Richard Jo Kilsheimer      rkilsheimer@kaplanfox.com

Robert Frank Wise , Jr    rwise@dpw.com, ecf.ct.papers@dpw.com

Robert N Cappucci      rcappucci@entwistle-law.com, jpalazzolo@entwistle-law.com

Robert N. Kaplan      rkaplan@kaplanfox.com

Robert Y. Sperling      rsperling@winston.com, ECF_CH@winston.com

Robin Van der meulen      rvandermeulen@labaton.com

Ronald Judah Aranoff      aranoff@bernlieb.com

Ruthanne Gordon      rgordon@bm.net

Samuel Howard Rudman      srudman@rgrdlaw.com, e_file_sd@rgrdlaw.com

Sara Y. Razi      sara.razi@stblaw.com

Scott Michael Abeles      sabeles@proskauer.com

Seth C. Farber      sfarber@dl.com, courtalert@dl.com

Sheldon Toby Zenner      sheldon.zenner@kattenlaw.com

Stacey Paige Slaughter      spslaughter@rkmc.com, mlrud@rkmc.com

Stanley D Bernstein      bernstein@bernlieb.com

Steig Olson      steigolson@quinnemanuel.com, adamcashman@quinnemanuel.com,
calendar@quinnemanuel.com, justinreinheimer@quinnemanuel.com

Stephen Randall Neuwirth      stephenneuwirth@quinnemanuel.com

Steven A Kanner      skanner@fklmlaw.com

Steven Ross Gilford      sgilford@proskauer.com

Susan M. Razzano      srazzano@eimerstahl.com

Thomas J. Undlin      tjundlin@rkmc.com, bsbrtek@rkmc.com

Thomas Lee Kirsch , II      tkirsch@winston.com

Todd Lawrence McLawhorn      todd@mcllegal.com

Todd S. Fishman      todd.fishman@allenovery.com

Todd Steven Fishman      todd.fishman@newyork.allenovery.com, kurt.vellek@allenovery.com

Tracy V. Schaffer    tschaffer@jonesday.com, dpjacobson@jonesday.com

Vanessa Allen Lavely    vlavely@cravath.com, abahri@cravath.com, dphillips@cravath.com, jharrington@cravath.com, mamiller@cravath.com

Vincent Roger Cappucci    vcappucci@entwistle-law.com, mgayle@entwistle-law.com, mmezzina@entwistle-law.com, ncasey@entwistle-law.com

Walter W. Noss    wnoss@scott-scott.com

William H. Narwold    bnarwold@motleyrice.com, ajanelle@motleyrice.com, imoll@motleyrice.com, vlepine@motleyrice.com

William P. Butterfield    wbutterfield@hausfeldllp.com, cpegram@hausfeldllp.com, mpava@hausfeldllp.com, ngiddings@hausfeldllp.com

**1:13-md-02476-DLC Notice has been delivered by other means to:**

State Universities Retirement System of Illinois


James J Calder
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 1022-2585

Kristen M. Anderson
Scott + Scott, LLP (CA)
707 Broadway, Suite 1000
San Diego, CA 92101

Matthew E Van Tine
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603

Matthew Powers McCahill
Kaplan Fox & Kilsheimer LLP (NYC)
850 Third Avenue
14th Floor
New York, NY 10022

**1:13-cv-04928-DLC Notice has been electronically mailed to:**

Abram Jeremy Ellis    aellis@stblaw.com, john.goheen@stblaw.com

Alan R. Kusinitz    akusinitz@proskauer.com, LSOSDNY@proskauer.com

Andrew J Entwistle    aentwistle@entwistle-law.com, abroche@entwistle-law.com, mgayle@entwistle-law.com, rdixon@entwistle-law.com

Arthur J. Burke      arthur.burke@dpw.com, ecf.ct.papers@davispolk.com

Bruce Lee Simon      bsimon@pswlaw.com, cpearson@pswlaw.com, gtrevor@pswlaw.com, mpearson@pswlaw.com, mwilliams@pswlaw.com, yberry@pswlaw.com

Colin Ryle Kass      ckass@proskauer.com, LSOSDNY@proskauer.com

George Schieffelin Trevor      gtrevor@pswplaw.com, egrant@pswlaw.com, tboardman@pswlaw.com, yberry@pswlaw.com

Gregory Keith Arenson      garenson@kaplanfox.com

James Joseph Calder      james.calder@kattenlaw.com

Jeremy Todd Adler      jeremy.adler@davispolk.com

Jonathan Peter Shaub      jshaub@proskauer.com

Kevin James Arquit      karquit@stblaw.com, managingclerk@stblaw.com

M Elaine Johnston      elaine.johnston@allenovery.com, kurt.vellek@allenovery.com, timothy.reibold@allenovery.com

Matthew J. Reilly      matt.reilly@stblaw.com

Michael Robert G. Posada      michael.posada@davispolk.com

Michael Svetkey Feldberg      michael.feldberg@newyork.allenovery.com, kurt.vellek@newyork.allenovery.com, laena.keyashian@allenovery.com, laesha.smith@allenovery.com

Richard Jo Kilsheimer      rkilsheimer@kaplanfox.com

Robert N Cappucci      rcappucci@entwistle-law.com, jpalazzolo@entwistle-law.com

Robert N. Kaplan      rkaplan@kaplanfox.com

Todd Steven Fishman      todd.fishman@newyork.allenovery.com, kurt.vellek@allenovery.com

Vincent Roger Cappucci      vcappucci@entwistle-law.com, mgayle@entwistle-law.com, mmezzina@entwistle-law.com, ncasey@entwistle-law.com

**1:13-cv-04928-DLC Notice has been delivered by other means to:**

Matthew Powers McCahill
Kaplan Fox & Kilsheimer LLP (NYC)
850 Third Avenue
14th Floor
New York, NY 10022

**1:13-cv-07450-DLC Notice has been electronically mailed to:**

Abram J. Ellis     aellis@stblaw.com

Abram Jeremy Ellis     aellis@stblaw.com, john.goheen@stblaw.com

Alan R. Kusinitz     akusinitz@proskauer.com, LSOSDNY@proskauer.com

Alex Peter Middleton     apmiddleton@jonesday.com

Alexis Garmey Chardon     achardon@eimerstahl.com

Andrew Stanley Marovitz     courtnotification@mayerbrown.com

Anne L. Box     abox@scott-scott.com

Arthur J. Burke     arthur.burke@dpw.com, ecf.ct.papers@davispolk.com

Benjamin Frederick Holt     benjamin.holt@hoganlovells.com, DCLITDocketing@hoganlovells.com,
lesley.oneill@hoganlovells.com

Bethany E. Kriss     bethany.kriss@allenovery.com

Boris Bershteyn     boris.bershteyn@skadden.com

Brian A. De haan     brian.dehaan@allenovery.com

Brian D. Roche     broche@reedsmith.com

Britt Marie Miller     courtnotification@mayerbrown.com, bmiller@mayerbrown.com

Christopher B. Wilson     cwilson@perkinscoie.com

Christopher M. Burke     cburke@scott-scott.com, edewan@scott-scott.com, efile@scott-scott.com,
kanderson@scott-scott.com, tturner@scott-scott.com, wnoss@scott-scott.com

Colin R. Kass     ckass@proskauer.com

Colin Ryle Kass     ckass@proskauer.com, LSOSDNY@proskauer.com

Daniel Slifkin     dslifkin@cravath.com

Daniel Jay Mogin     dmogin@moginlaw.com

David C. Bohan     david.bohan@kattenlaw.com

David C. Esseks     david.esseks@allenovery.com, kurt.vellek@allenovery.com

David C. Giardina     dgiardina@sidley.com, efilingnotice@sidley.com

David F. Graham     dgraham@sidley.com, efilingnotice@sidley.com

David R. Scott     drscott@scott-scott.com, efile@scott-scott.com

Donald Lewis Sawyer     dsawyer@fklmlaw.com

Elizabeth P Papez     epapez@winston.com

Eric Lindh Foster     efoster@lindhfoster.com

Eric Peter Stephens     epstephens@jonesday.com

Evan R Chesler     echesler@cravath.com

Gregory Asciolla     gasciolla@labaton.com

Jennifer E. Novoselsky     jnovosel@sidley.com

Jeremy Todd Adler     jeremy.adler@davispolk.com

John Ingrassia     jingrassia@proskauer.com

John Terzaken     john.terzaken@allenovery.com, toby.mann@allenovery.com

John Frank Anzelc     john.anzelc@kattenlaw.com

John Robert Robertson     robby.robertson@hoganlovells.com

Jonathan Peter Shaub     jshaub@proskauer.com

K. Craig Wildfang     kcwildfang@rkmc.com, afmiller@rkmc.com, rjries@rkmc.com

Kari M. Rollins     karollins@winston.com

Kevin James Arquit     karquit@stblaw.com, managingclerk@stblaw.com

Linda P. Nussbaum     lnussbaum@gelaw.com, rfinnimore@gelaw.com, sschwaiger@gelaw.com,
vbeal@gelaw.com

M Elaine Johnston     elaine.johnston@allenovery.com, kurt.vellek@allenovery.com,
timothy.reibold@allenovery.com

Mary Elaine Johnston     elaine.johnston@allenovery.com

Matthew J. Reilly     matt.reilly@stblaw.com

Michael A Paskin     mpaskin@cravath.com

Michael A. Paskin     mpaskin@cravath.com

Michael Frederik Derksen     mderksen@proskauer.com

Michael Jerry Freed     mfreed@fklmlaw.com

Michael Robert G. Posada    michael.posada@davispolk.com

Michael S Feldberg    michael.feldberg@allenovery.com

Michael Svetkey Feldberg    michael.feldberg@newyork.allenovery.com,
kurt.vellek@newyork.allenovery.com, laena.keyashian@allenovery.com, laesha.smith@allenovery.com

Molly Anne Kelley    molly.kelley@allenovery.com, toby.mann@allenovery.com

Patrick Joseph Fitzgerald    patrick.fitzgerald@skadden.com

Paula W. Render    prender@jonesday.com

Peter Anthony Barile , III    pbarile@gelaw.com

Peter Edward Greene    peter.greene@skadden.com

Peter Scott Julian    peter.julian@skadden.com

Rachel Jean Freyman    rachel.freyman@kattenlaw.com

Richard C Pepperman , II    peppermanr@sullcrom.com

Robert Frank Wise , Jr    rwise@dpw.com, ecf.ct.papers@dpw.com

Robert Y. Sperling    rsperling@winston.com, ECF_CH@winston.com

Scott Michael Abeles    sabeles@proskauer.com

Sheldon Toby Zenner    sheldon.zenner@kattenlaw.com

Stacey Paige Slaughter    spslaughter@rkmc.com, mlrud@rkmc.com

Steven A Kanner    skanner@fklmlaw.com

Steven Ross Gilford    sgilford@proskauer.com

Susan M. Razzano    srazzano@eimerstahl.com

Thomas J. Undlin    tjundlin@rkmc.com, bsbrtek@rkmc.com

Thomas Lee Kirsch , II    tkirsch@winston.com

Todd Lawrence McLawhorn    todd@mcllegal.com

Todd S. Fishman    todd.fishman@allenovery.com

Todd Steven Fishman    todd.fishman@newyork.allenovery.com, kurt.vellek@allenovery.com

Vanessa Allen Lavely    vlavely@cravath.com, abahri@cravath.com, dphillips@cravath.com,

jharrington@cravath.com, mamiller@cravath.com

Walter W. Noss     wnoss@scott-scott.com

**1:13-cv-07450-DLC Notice has been delivered by other means to:**

James J Calder
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 1022-2585

Kristen M. Anderson
Scott + Scott, LLP (CA)
707 Broadway, Suite 1000
San Diego, CA 92101

Nathan P. Eimer
Eimer Stahl Klevorn & Solberg
224 S. Michigan Avenue
Ste 1100
Chicago, IL 60604

**1:13-cv-07465-DLC Notice has been electronically mailed to:**

Abram Jeremy Ellis     aellis@stblaw.com, john.goheen@stblaw.com

Alan R. Kusinitz     akusinitz@proskauer.com, LSOSDNY@proskauer.com

Arthur J. Burke     arthur.burke@dpw.com, ecf.ct.papers@davispolk.com

Azra Z Mehdi     azram@themehdifirm.com

Brian D. Roche     broche@reedsmith.com

Colin R. Kass     ckass@proskauer.com

Colin Ryle Kass     ckass@proskauer.com, LSOSDNY@proskauer.com

Daniel Slifkin     dslifkin@cravath.com

Daniel A. Small     dsmall@cohenmilstein.com

David A Young     dyoung@cohenmilstein.com, atwigg@cohenmilstein.com,
efilings@cohenmilstein.com

David Andrew Langer     dlanger@bm.net

Elizabeth P Papez     epapez@winston.com

Evan R Chesler     echesler@cravath.com

George A. Zelcs      gzelcs@koreintillery.com, cbeck@koreintillery.com, dhutton@koreintillery.com, ldunn@koreintillery.com, leckhardt@koreintillery.com, rflynn@koreintillery.com

Gregory Asciolla      gasciolla@labaton.com

James Joseph Calder      james.calder@kattenlaw.com

Jeremy Todd Adler      jeremy.adler@davispolk.com

John Anton Libra      jlibra@koreintillery.com

Jonathan Peter Shaub      jshaub@proskauer.com

Kevin James Arquit      karquit@stblaw.com, managingclerk@stblaw.com

M Elaine Johnston      elaine.johnston@allenovery.com, kurt.vellek@allenovery.com, timothy.reibold@allenovery.com

Matthew J. Reilly      matt.reilly@stblaw.com

Merrill G Davidoff      mdavidoff@bm.net, sleo@bm.net

Michael A Paskin      mpaskin@cravath.com

Michael C Dell'Angelo      mdellangelo@bm.net

Michael Frederik Derksen      mderksen@proskauer.com

Michael Robert G. Posada      michael.posada@davispolk.com

Michael Svetkey Feldberg      michael.feldberg@newyork.allenovery.com, kurt.vellek@newyork.allenovery.com, laena.keyashian@allenovery.com, laesha.smith@allenovery.com

Patrick Joseph Fitzgerald      patrick.fitzgerald@skadden.com

Peter Edward Greene      peter.greene@skadden.com

Peter Scott Julian      peter.julian@skadden.com

Richard A. Koffman      rkoffman@cohenmilstein.com, rkoffman@cmht.com

Robert Frank Wise , Jr      rwise@dpw.com, ecf.ct.papers@dpw.com

Robert Y. Sperling      rsperling@winston.com, ECF_CH@winston.com

Ruthanne Gordon      rgordon@bm.net

Scott Michael Abeles      sabeles@proskauer.com

Steven Ross Gilford      sgilford@proskauer.com

Thomas Lee Kirsch , II    tkirsch@winston.com

Todd Steven Fishman    todd.fishman@newyork.allenovery.com, kurt.vellek@allenovery.com

Vanessa Allen Lavely    vlavely@cravath.com, abahri@cravath.com, dphillips@cravath.com, jharrington@cravath.com, mamiller@cravath.com

**1:13-cv-07465-DLC Notice has been delivered by other means to:**

**1:13-cv-06116-DLC Notice has been electronically mailed to:**

Abram Jeremy Ellis    aellis@stblaw.com, john.goheen@stblaw.com

Alan R. Kusinitz    akusinitz@proskauer.com, LSOSDNY@proskauer.com

Arthur J. Burke    arthur.burke@dpw.com, ecf.ct.papers@davispolk.com

Colin Ryle Kass    ckass@proskauer.com, LSOSDNY@proskauer.com

Daniel Slifkin    dslifkin@cravath.com

Daniel Lawrence Brockett    danbrockett@quinnemanuel.com

Evan R Chesler    echesler@cravath.com

James Joseph Calder    james.calder@kattenlaw.com

Jeremy Daniel Anderson    jeremyandersen@quinnemanuel.com

Jeremy Todd Adler    jeremy.adler@davispolk.com

Jonathan Peter Shaub    jshaub@proskauer.com

Kevin James Arquit    karquit@stblaw.com, managingclerk@stblaw.com

M Elaine Johnston    elaine.johnston@allenovery.com, kurt.vellek@allenovery.com, timothy.reibold@allenovery.com

Matthew J. Reilly    matt.reilly@stblaw.com

Michael A Paskin    mpaskin@cravath.com

Michael D. Hausfeld    mhausfeld@hausfeldllp.com

Michael Robert G. Posada    michael.posada@davispolk.com

Michael Svetkey Feldberg    michael.feldberg@newyork.allenovery.com, kurt.vellek@newyork.allenovery.com, laena.keyashian@allenovery.com, laesha.smith@allenovery.com

Reena Gambhir    rgambhir@hausfeldllp.com

Robert Frank Wise , Jr    rwise@dpw.com, ecf.ct.papers@dpw.com

Ronald Judah Aranoff     aranoff@bernlieb.com

Stanley D Bernstein     bernstein@bernlieb.com

Steig Olson    steigolson@quinnemanuel.com, adamcashman@quinnemanuel.com,
calendar@quinnemanuel.com, justinreinheimer@quinnemanuel.com

Stephen Randall Neuwirth    stephenneuwirth@quinnemanuel.com

Todd Steven Fishman    todd.fishman@newyork.allenovery.com, kurt.vellek@allenovery.com

Vanessa Allen Lavely    vlavely@cravath.com, abahri@cravath.com, dphillips@cravath.com,
jharrington@cravath.com, mamiller@cravath.com

William P. Butterfield    wbutterfield@hausfeldllp.com, cpegram@hausfeldllp.com,
mpava@hausfeldllp.com, ngiddings@hausfeldllp.com

**1:13-cv-06116-DLC Notice has been delivered by other means to:**

**1:13-cv-07640-DLC Notice has been electronically mailed to:**

Alan R. Kusinitz    akusinitz@proskauer.com, LSOSDNY@proskauer.com

Brian D. Roche    broche@reedsmith.com

Colin Ryle Kass    ckass@proskauer.com, LSOSDNY@proskauer.com

Daniel Slifkin    dslifkin@cravath.com

Donald Lewis Sawyer    dsawyer@fklmlaw.com

Evan R Chesler    echesler@cravath.com

Gregory Asciolla    gasciolla@labaton.com

James Joseph Calder    james.calder@kattenlaw.com

Jay L Himes    jhimes@labaton.com

Jonathan Peter Shaub    jshaub@proskauer.com

Lawrence A Sucharow    lsucharow@labaton.com

M Elaine Johnston    elaine.johnston@allenovery.com, kurt.vellek@allenovery.com,
timothy.reibold@allenovery.com

Matthew J Perez    mperez@labaton.com

Matthew J. Reilly    matt.reilly@stblaw.com

Michael A Paskin     mpaskin@cravath.com

Michael Jerry Freed     mfreed@fklmlaw.com

Michael Svetkey Feldberg     michael.feldberg@newyork.allenovery.com,
kurt.vellek@newyork.allenovery.com, laena.keyashian@allenovery.com, laesha.smith@allenovery.com

Robin Van der meulen     rvandermeulen@labaton.com

Todd Steven Fishman     todd.fishman@newyork.allenovery.com, kurt.vellek@allenovery.com

Vanessa Allen Lavely     vlavely@cravath.com, abahri@cravath.com, dphillips@cravath.com,
jharrington@cravath.com, mamiller@cravath.com

**1:13-cv-07640-DLC Notice has been delivered by other means to:**

**1:13-cv-07647-DLC Notice has been electronically mailed to:**

Alan R. Kusinitz     akusinitz@proskauer.com, LSOSDNY@proskauer.com

Brian D. Roche     broche@reedsmith.com

Colin Ryle Kass     ckass@proskauer.com, LSOSDNY@proskauer.com

Daniel Slifkin     dslifkin@cravath.com

Evan R Chesler     echesler@cravath.com

George A. Zelcs     gzelcs@koreintillery.com, cbeck@koreintillery.com, dhutton@koreintillery.com,
ldunn@koreintillery.com, leckhardt@koreintillery.com, rflynn@koreintillery.com

Gregory Asciolla     gasciolla@labaton.com

James Joseph Calder     james.calder@kattenlaw.com

John Robert Robertson     robby.robertson@hoganlovells.com

Jonathan Peter Shaub     jshaub@proskauer.com

M Elaine Johnston     elaine.johnston@allenovery.com, kurt.vellek@allenovery.com,
timothy.reibold@allenovery.com

Matthew J. Reilly     matt.reilly@stblaw.com

Michael A Paskin     mpaskin@cravath.com

Michael Svetkey Feldberg     michael.feldberg@newyork.allenovery.com,
kurt.vellek@newyork.allenovery.com, laena.keyashian@allenovery.com, laesha.smith@allenovery.com

Todd Steven Fishman     todd.fishman@newyork.allenovery.com, kurt.vellek@allenovery.com

Vanessa Allen Lavely     vlavely@cravath.com, abahri@cravath.com, dphillips@cravath.com,
jharrington@cravath.com, mamiller@cravath.com

**1:13-cv-07647-DLC Notice has been delivered by other means to:**

John Anton Libra
Korein Tillery, LLC
205 N. Michigan Avenue
Suite 1950
Chicago, IL 60601

**1:13-cv-07752-DLC Notice has been electronically mailed to:**

Alan R. Kusinitz     akusinitz@proskauer.com, LSOSDNY@proskauer.com

Brian D. Roche     broche@reedsmith.com

Christopher Lovell     clovell@lshllp.com, lshscanner@lshllp.com

Colin R. Kass     ckass@proskauer.com

Colin Ryle Kass     ckass@proskauer.com, LSOSDNY@proskauer.com

Daniel Slifkin     dslifkin@cravath.com

Elizabeth P Papez     epapez@winston.com

Evan R Chesler     echesler@cravath.com

Gregory Asciolla     gasciolla@labaton.com

James Joseph Calder     james.calder@kattenlaw.com

Jonathan Peter Shaub     jshaub@proskauer.com

M Elaine Johnston     elaine.johnston@allenovery.com, kurt.vellek@allenovery.com,
timothy.reibold@allenovery.com

Marvin Alan Miller     mmiller@millerlawllc.com, ajewell@millerlawllc.com,
JRamirez@millerlawllc.com, lfanning@millerlawllc.com

Matthew J. Reilly     matt.reilly@stblaw.com

Michael A Paskin     mpaskin@cravath.com

Michael Frederik Derksen     mderksen@proskauer.com

Michael M Buchman     mbuchman@motleyrice.com

Michael Svetkey Feldberg     michael.feldberg@newyork.allenovery.com,

kurt.vellek@newyork.allenovery.com, laena.keyashian@allenovery.com, laesha.smith@allenovery.com

Robert Y. Sperling      rsperling@winston.com, ECF_CH@winston.com

Scott Michael Abeles      sabeles@proskauer.com

Steven Ross Gilford      sgilford@proskauer.com

Thomas Lee Kirsch , II      tkirsch@winston.com

Todd Steven Fishman      todd.fishman@newyork.allenovery.com, kurt.vellek@allenovery.com

Vanessa Allen Lavely      vlavely@cravath.com, abahri@cravath.com, dphillips@cravath.com, jharrington@cravath.com, mamiller@cravath.com

William H. Narwold      bnarwold@motleyrice.com, ajanelle@motleyrice.com, imoll@motleyrice.com, vlepine@motleyrice.com

**1:13-cv-07752-DLC Notice has been delivered by other means to:**

Matthew E Van Tine
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603

**1:13-cv-07964-DLC Notice has been electronically mailed to:**

Alan R. Kusinitz      akusinitz@proskauer.com, LSOSDNY@pr oskauer.com

Colin Ryle Kass      ckass@proskauer.com, LSOSDNY@proskauer.com

Jonathan Peter Shaub      jshaub@proskauer.com

Samuel Howard Rudman      srudman@rgrdlaw.com, e_file_ny@rgrdlaw.com, e_file_sd@rgrdlaw.com, mblasy@rgrdlaw.com

**1:13-cv-07964-DLC Notice has been delivered by other means to:**

**1:13-cv-07976-DLC Notice has been electronically mailed to:**

Alan R. Kusinitz      akusinitz@proskauer.com, LSOSDNY@proskauer.com

Andrew J Entwistle      aentwistle@entwistle-law.com, mgayle@entwistle-law.com, rdixon@entwistle-law.com

Ariana J. Tadler      atadler@milberg.com, dsclafani@milberg.com

Colin Ryle Kass      ckass@proskauer.com, LSOSDNY@proskauer.com

Jonathan Peter Shaub      jshaub@proskauer.com

Peggy J. Wedgworth      pwedgworth@milberg.com, hbricker@milberg.com

Robert N Cappucci     rcappucci@entwistle-law.com, jpalazzolo@entwistle-law.com

Vincent Roger Cappucci     vcappucci@entwistle-law.com, mgayle@entwistle-law.com, mmezzina@entwistle-law.com, ncasey@entwistle-law.com

**1:13-cv-07976-DLC Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=11/22/2013] [FileNumber=12267650 -0] [1ffadd0af884d3270ac81eadd1f5958ac3f0a696b5ee8b3de7a1cfa33d4f0c8a9 cda9fabf81669ebd8a386b376599530b049f4cafc9e193064ca0725bb71f119]]